Matter of Manufacturers & Traders Trust Co. (Williams) (2025 NY Slip Op 07177)

Matter of Manufacturers & Traders Trust Co. (Williams)

2025 NY Slip Op 07177

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND DELCONTE, JJ.

905 CA 25-00341

[*1]MANUFACTURERS AND TRADERS TRUST COMPANY, AS TRUSTEE OF THE ROBERT S. BASSETT TRUST NUMBER 7 OF 1974, FOR THE PERIOD COVERING SEPTEMBER 7, 1983 TO OCTOBER 18, 2013, PETITIONER-RESPONDENT; IN THE MATTER OF THE INTERMEDIATE ACCOUNTING OF MANUFACTURERS AND TRADERS TRUST COMPANY, AS TRUSTEE OF THE ROBERT S. BASSETT TRUST NUMBER 7 OF 1974, FOR THE PERIOD COVERING OCTOBER 19, 2013 TO MAY 15, 2017, PETITIONER-RESPONDENT.
andSUE M. WILLIAMS, DANIEL H. WILLIAMS, IV, JENNIFER B. WILLIAMS, AMELIA J. WILLIAMS, A MINOR BY AND THROUGH HER NATURAL FATHER AND GUARDIAN DANIEL H. WILLIAMS, IV, BRODERICK D. WILLIAMS, A MINOR BY AND THROUGH HIS NATURAL FATHER AND GUARDIAN DANIEL H. WILLIAMS, IV, AND JOSEPH H. CHAPMAN, A MINOR BY AND THROUGH HIS NATURAL MOTHER AND GUARDIAN, JENNIFER B. WILLIAMS, OBJECTANTS-APPELLANTS. (APPEAL NO. 2.)

DANIEL H. WILLIAMS, III, BUFFALO, FOR OBJECTANTS-APPELLANTS.
HODGSON RUSS LLP, BUFFALO (KEVIN M. KEARNEY OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal from an order of the Surrogate's Court, Erie County (Stephen W. Cass, A.S.), entered February 3, 2025. The order, among other things, denied the motion of objectants insofar as it sought leave to reargue. 
It is hereby ORDERED that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed (see Empire Ins. Co. v Food City , 167 AD2d 983, 984 [4th Dept 1990]) and the order is affirmed with costs for reasons stated in the decision by the Surrogate.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court